WALTER N. SMITH, Appellant, *v.* HUGH J. CASEY et al., Constituting the New York City Transit Authority, Respondents.

Submitted January 4, 1954; decided January 21, 1954.

*Walter N. Smith,* in person, for motion.

*Harold L. Warner,* opposed.

Motion denied and appeal dismissed.